

# Fourth Court of Appeals
## San Antonio, Texas

December 31, 2021

No. 04-20-00134-CV

**H.L. ZUMWALT CONSTRUCTION, INC**.,
Appellant

v.

**ROAD REPAIR, LLC**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2015CVQ002791D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
                Beth Watkins, Justice
                Liza A. Rodriguez, Justice

The panel has considered the appellant's motion for rehearing, and the motion is DENIED.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of December, 2021.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court